UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL NUMBER 3:97CR00027-001


vs.


DAVID M. FERRELL

### ORDER

Considering the *pro se Motion to Compromise Defendant's Restitutionary Debt* filed by

Movant, Regions Bank, and further considering the United States' filing of its *Notice of No*

*Opposition*,

IT IS HEREBY ORDERED that the Settlement Agreement between Regions Bank and

Defendant David M. Ferrell, the terms of which are set forth in the above-referenced  Motion, is

hereby ACCEPTED by the Court.

IT IS HEREBY FURTHER ORDERED that upon Defendant David M. Ferrell's

satisfaction of the terms of the Settlement Agreement by the payment to Regions Bank of the

lump-sum amount of  $35,000 cash, the balance remaining on Ferrell's restitutionary debt to

Regions Bank as described in the Motion, be and the same is hereby REMITTED.

SIGNED this __9th__ day of ____March____, 2010 in Baton Rouge, Louisiana.


_____
HONORABLE FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE